UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ALAN M. SCHWARTZ ,**
    **Plaintiff,**

CASE NO.:   8:17-cv-00766-CEH-MAP

vs.

**CAPIO PARTNERS, LLC,**
    **Defendant(s).**
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**

    COMES NOW Plaintiff, by and through the undersigned counsel and pursuant to Local Rule 3.05, and hereby notifies the Court and parties have settlement reached a resolution in this case, and to request 30 days in which to file the a voluntary or stipulated dismissal as the case may be on good cause shown, to reopen the case for further proceedings.

Date: October 12, 2017

s/ Scott Stamatakis
Scott Stamatakis
Florida Bar No.:  178454
Trial Attorney for Plaintiff
STAMATAKIS +  THALJI + BONANNO
PO Box 341499
Tampa, Florida 33694
(813) 282-9330 (telephone)
(813) 282-8648 (facsimile)
Email: **Service@MyInjury.com**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         s/ Scott Stamatakis
                                         Scott Stamatakis
                                         Florida Bar No.:  178454
                                         Trial Attorney for Plaintiff
                                         STAMATAKIS + THALJI + BONANNO
                                         PO Box 341499
                                         Tampa, Florida 33694
                                         (813) 282-9330 (telephone)
                                         (813) 282-8648 (facsimile)
                                         Email: **Service@MyInjury.com**